# ELECTRONIC RECORD

COA #   05-13-01186-CR          OFFENSE:  22.01

STYLE:  Andre D. Berry v. The State of Texas          COUNTY:  Collin

COA DISPOSITION:   AFFIRMED          TRIAL COURT:  380th Judicial District Court

DATE: 06/10/15          Publish: NO   TC CASE #:   380-82821-2012

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Andre D. Berry v. The State of Texas          CCA #:   808-15

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE:  11/04/2015          SIGNED: _____          PC: _____

JUDGE:  Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD